UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORGE SQUIRE,<br><br>        Petitioner,<br><br> v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | No. 18-CV-2707 (KMK) |
| UNITED STATES OF AMERICA<br><br> v.<br><br>GEORGE SQUIRE,<br><br>        Defendant. | No. 12-CR-680 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

  George Squire ("Petitioner"), proceeding pro se, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2255 to vacate, set aside, or correct his July 30, 2013 sentence of life imprisonment.  (*See generally* Pet. for Writ of Habeas Corpus (Dkt. No. 1, Case No. 18-CV-2707; Dkt. No. 17, Case No. 12-CR-680).)  However, it unfortunately has come to the Court's attention that Petitioner has passed away, as confirmed by the Bureau of Prisons' internal records.

  Accordingly, the Clerk of Court is respectfully directed to terminate all outstanding motions filed in Case Nos. 18-CV-2707 and 12-CR-860 and close Case No. 18-CV-2707.

SO ORDERED.

Dated:   March 17, 2022
            White Plains, New York

                                          KENNETH M. KARAS
                                        United States District Judge